UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MICHAEL BUCHANEK<br>PLAINTIFF | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:08-CV-00008<br>JURY DEMANDED |
| CITY OF VICTORIA, TEXAS,<br>CERTAIN OFFICERS IN ITS<br>POLICE DEPARTMENT AND THE<br>COUNTY OF VICTORIA, TEXAS,<br>ITS SHERIFF AND CERTAIN OF ITS<br>DEPUTIES AND KEITH PIKETT, A<br>K-9 UNIT DEPUTY SHERIFF<br>WITH THE FORT BEND COUNTY,<br>TEXAS SHERIFF'S DEPARTMENT<br>DEFENDANTS | § § § § § § § § § § | |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Michael Buchanek ("Buchanek"), and Defendant, Richard L. Jones ("Jones"), file this Agreed Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff no longer wishes to prosecute any claim against Jones and therefore requests that this Court enter an Order dismissing Plaintiff's claims against Jones with prejudice.

2. Defendant has agreed to this Stipulation of Dismissal.

3. This is not a Class Action.

4. A receiver has not been appointed in this action.

5. This Stipulation of Dismissal is with prejudice to the re-filing of same.

Respectfully submitted,

By: /s/
WILLIAM S. HELFAND
SBOT: 09388250
RYAN CANTRELL
SBOT: 24055259
**ATTORNEYS FOR DEFENDANT,
RICHARD JONES, SAM EYRE AND
CITY OF VICTORIA**

**OF COUNSEL:**
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9630 [telephone]
(713) 658-2553 [facsimile]

By: /s/
Rex L. Easley, Jr.
SBOT: 06358425
**ATTORNEYS FOR PLAINTIFF,
MICHAEL BUCHANEK,**

**OF COUNSEL:**
COLE, COLE & EASLEY, P.C.
302 West Forrest Street
P.O. Box 510
Victoria, Texas 77902
(361) 575-0551
(361) 575-0986 [facsimile]

By: /s/
Randall Weaver Morse
SBOT: 14554 9700
**ATTORNEYS FOR DEFENDANT,
KEITH PICKETT**

**OF COUNSEL:**
Fort Bend County Attorney
301 Jackson St., Suite 728
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 (facsimile)

By: _____
Wesley Clayton Cain
SBOT: _____
Kevin Cullen
SBOT: 05208625
ATTORNEYS FOR DEFENDANTS,
SHERIFF T. MICHAEL
O'CONNOR, DEPUTY SHERIFF
TOM COPELAND AND DEPUTY
SHERIFF TONY DANIELS

OF COUNSEL:
Cullen Carsner, Attorneys at Law
119 S. Main Street
Victoria, Texas 77902-238
(361) 573-6318
(361) 473-2603 (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all following counsel of record in accordance with the service rules on this ____ day of October, 2008.

_____

0701180.01
003856-000191:10/9/2008

3